UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| TRACY DIETERICH | ) | |
| | ) | |
| v. | ) | NO. 2:10-CV-36 |
| | ) | |
| THE HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY | ) | |

**O R D E R**

      This ERISA matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated April 12, 2011. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for judgment on the administrative record, [Doc. 20], be denied, and defendant's motion for judgment as a matter of law, [Doc. 22], be granted. The plaintiff has filed objections to this recommendation, [Doc. 34], and the defendant a response, [Doc. 35]. After careful consideration and *de novo* review of the record as a whole, after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the plaintiff's objections are **OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 33], and that the action be **DISMISSED**.

    E N T E R:

                                                                            s/J. RONNIE GREER
                                                      UNITED STATES DISTRICT JUDGE